AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
WILLIAM ISAACS

)
)
)
)
)
)
)

Case: 1:21-cr-00028
Assigned To : Judge Amit P. Mehta
Assign. Date : 5/26/2021
Description: SUPERSEDING INDICTMENT (B)
Related Case: 21-cr-28 (APM)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* WILLIAM ISAACS ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☒ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (Conspiracy); 18 U.S.C. §§ 1512(c)(2), 2 (Obstruction of an Official Proceeding and Aiding and Abetting); 18 U.S.C. §§ 1361, 2 (Destruction of Government Property and Aiding and Abetting); 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds); 18 U.S.C. § 231(a)(3), 2 (Civil Disorder and Aiding and Abetting)

Date: 05/26/2021

Robin M. Meriweather
2021.05.26 15:47:23
-04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 05/26/21 , and the person was arrested on *(date)* 05/27/21
at *(city and state)* ORLANDO FL .

Date: 05/27/21

FOR D/DC
L. D. Brown / Dep. U.S. Marshal
*Arresting officer's signature*

L. D. Brown
*Printed name and title*