AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.

JONATHAN WALDEN

*Defendant*

)
)
)
)
)
)

Case: 1:21-cr-00028
Assigned To : Judge Amit P. Mehta
Assign. Date : 5/26/2021
Description: SUPERSEDING INDICTMENT (B)
Related Case: 21-cr-28 (APM)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JONATHAN WALDEN
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (Conspiracy); 18 U.S.C. §§ 1512(c)(2), 2 (Obstruction of an Official Proceeding and Aiding and Abetting); 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds)

Robin M. Meriweather
2021.05.26 15:46:44
-04'00'

Date:   05/26/2021

*Issuing officer's signature*

City and state:   Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/3/2021, and the person was arrested on *(date)* 6/3/2021
at *(city and state)* Verbena, Alabama.

Date: 6-3-2021

*Arresting officer's signature*

Scott Sullivan   Special Agent
*Printed name and title*