## UNITED STATES DISTRICT COURT
### Northern District of Alabama



**Sharon N. Harris**
**Clerk of Court**

**Joe Musso**
**Chief Deputy Clerk**

## CERTIFICATE OF GOOD STANDING

I, **Sharon N. Harris**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **Thomas J. Spina** duly admitted to practice in said Court on **November 17, 1978** and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on **June 15, 2021.**

SHARON N. HARRIS, CLERK
By: _Pamela Cook_
Pamela R. Cook, Deputy Clerk